788 F.2d 494
 40 Empl. Prac. Dec. P 36,154
 Gladys BISSONETTE, et al., Appellants,
v.
Alexander HAIG, et al., Appellees.
Theodore J. LOEFFLER, Appellee/Cross Appellant,
v.
Paul N. CARLIN, etc., Appellant/Cross Appellee.
CHAUFFEURS, TEAMSTERS AND HELPERS, etc., Appellant,
v.
C.R.S.T., INC. (sic), Appellee.
Reed Wayne HAMILTON, Appellant,
v.
Crispus NIX, etc., et al., Appellees.
 Nos. 84-2617-SD, 84-2553-EM, 84-2574-EM, 85-1301-NI and 84-2089-SI.
 United States Court of Appeals,
Eighth Circuit.
 April 8, 1986.
 
 1
 Appeals from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Appeal from the United States District Court for the Northern District of Iowa.
 
 
 3
 Appeal from the United States District Court for the District of South Dakota.
 
 
 4
 Prior Reports: 776 F2d 1384, 780 F2d 379, 780 F2d 1365, 781 F2d 619.
 
 ORDER
 
 5
 The Court has before it the following petitions:
 
 
 6
 1.) Petition for rehearing en banc filed by appellee/cross-appellant Loeffler in appeals 84-2553 and 84-2574.
 
 
 7
 2.) Petition for rehearing en banc filed by appellee in appeal 85-1301.
 
 
 8
 3.) Petition for rehearing en banc filed by appellees in appeal 84-2089.
 
 
 9
 4.) Petition for rehearing en banc filed by appellees in appeal 84-2617.
 
 
 10
 The petitions in Nos. 84-25 53/84-2574, 84-2089 and 84-2617 are granted. The petition for rehearing en banc in 85-1301 was previously granted on March 21, 1986. The Clerk is directed to schedule these appeals for argument on Thursday, May 15, 1986, at St. Paul, Minnesota.